# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KAREN U., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 17-cv-1241-JPG-CJP |
| | ) | |
| COMMISSIONER of SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is the parties' Agreed Motion to Remand to the Commissioner. (Doc. 17.)

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "in accordance with agency regulations and rulings, the ALJ will consider whether Plaintiff had an impairment or combination of impairments that met or medically equaled a listed impairment, which should include evidence from a medical expert regarding whether any of Plaintiff's impairments medically equaled a listing. The ALJ will further evaluate all of the medical opinions of record and give reasons for the weight assigned them in accordance with agency regulations and rulings, especially with regard to the medical source statement of Timothy M. Beaty, M.D. (Exhibit 20F). The ALJ will also reassess Plaintiff's symptoms and residual functional capacity. If necessary, the ALJ will obtain

1

vocational expert testimony to assist in determining whether Plaintiff can perform a significant number of jobs in the national economy. After reevaluating the evidence, the ALJ will issue a new decision regarding the disability application."

Plaintiff applied for disability benefits in July 2014. (Tr. 14.) While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Agreed Motion to Remand (Doc. 17) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Karen U.'s application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: MAY 21, 2018**

                                      *s/ J. Phil Gilbert*
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**